MABEL RIGLANDER, Appellant, *v*. MORNING JOURNAL ASSOCIATION et al., Respondents.

MABEL RIGLANDER, Appellant, *v*. STAR COMPANY, Respondent.

*Riglander* v. *Morning Journal Assn.*, 98 App. Div. 619, affirmed; *Riglander* v. *Star Co.*, 98 App. Div. 101, affirmed.

(Argued February 21, 1905; decided April 11, 1905.)

APPEAL, by permission, from orders of the Appellate Division of the Supreme Court in the first judicial department, entered December 1, 1904, which reversed orders made at a Trial Term in each of the above-entitled actions, granting motions for a preference.

The following question was certified : " Has the court the power, when application is made under section 793 of the Code of Civil Procedure for a preference, in a cause mentioned in section 791, in its discretion or otherwise, to refuse to set the cause down for trial for a day certain during the term for which the application is made, on which day the said cause must be tried ? "

*Benjamin F. Einstein* and *Joseph J. Cunningham* for appellant.

*David B. Hill* and *Clarence J. Shearn* for respondents.

Orders affirmed, with costs, and question certified answered in the affirmative in each case; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.